UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60308
Summary Calendar
_____


ROMAIN P. WILSON,

                                        Plaintiff-Appellant,

                        versus

JOHN H. DALTON, SECRETARY, DEPARTMENT OF THE NAVY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
(1:93-CV-621-GR)
_____
February 14, 1997

Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Romain P. Wilson appeals from a summary judgment of the district court which denied her claim based on Title VII of the Civil Rights Act of 1964.  We affirm.

    It is undisputed that Wilson did not file her complaint in the district court until nearly two years after she received notice

_____

[*]    Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

concerning the Equal Employment Opportunity Commission's final decision denying her relief and informing her of her right to file suit within ninety (90) calendar days. On appeal, Wilson relies on a number of matters that she claims should estop the district court from granting summary judgment or that should equitably toll the ninety-day limitation period. Her arguments are not meritorious. Moreover, we will not consider them on appeal as such arguments were not advanced in the district court in response to the Secretary's motion for summary judgment. The district court correctly granted summary judgment on the issues before it, and accordingly the judgment of the district court is AFFIRMED.